IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07MC00040-GEB-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER OF CONTINUING GARNISHMENT PURSUANT TO STIPULATION (Voluntary) |
| KIMBERLY M. SMART, | ) | |
| Defendant and Judgment Debtor. | ) | |
| HOME DEPOT, | ) | |
| Garnishee. | ) | |

Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

IT IS HEREBY ORDERED that the garnishee Home Depot shall withhold each month and remit to the United States District Court, $70.00 of defendant's disposable earnings*, until the judgment is paid in full, or until further order of the Court.

DATED: July 9, 2007.

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/smart0040.ord

* (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u> employee retirement system)